THE PEOPLE OF NORTH CAROLINA *ex rel.* R. C. BADGER and others *v.* C. E. JOHNSON and others.

(For a digest of this case, see the syllabus in the case of the *People &c., ex rel. John Nichols and others* v. *W. H. McKee and others,* ante 429, and also in the case of the *People, &c., ex rel. G. W. Welker and others* v. *M. A. Bledsoe and others,* ante.)

The defendants were Directors of the Lunatic Asylum, appointed under the Act of 1871, and had served as a Board up to the institution of the present proceedings.

The plaintiffs, as in the cases cited in the opinion of the Court, were appointed by the Governor, 1st March, 1872, and demanded a surrender of the government of the Asylum. This demand was refused.

The facts agreed, being heard by *Watts, J.,* at Chambers, on the 21st January, 1873, his Honor gave judgment in favor of the plaintiffs. Defendants appealed.

*Fowle* and *Merrimon,* for appellants.
*Batchelor, Edwards & Batchelor,* contra.

READE, J. The questions in this case are substantially the same as in *The People ex rel. Nichols et al.* v. *McKee, et al.,* and *The People ex rel. Welker et al.* v. *Bledsoe, et al.,* both at this term, and are governed by the same principles and for the same reasons.

There will be judgment that the defendants be excluded from said office, and that the plaintiffs recover cost.

There is no error.

PER CURIAM.                    Judgment affirmed.